Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Frank Cope, Jr.                                    Docket Nos. 99-00155-001
                                                                          00-00008-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frank Cope, Jr., who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 28th day of March 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay restitution in the amount of $23,405 and a special assessment of $300.
- Shall make monthly payments toward restitution in an amount not less than 10 percent of his gross monthly income.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer.

03-28-00:   Bank Robbery (two counts); 70 months' imprisonment, to be followed by 3 years' supervised release.
11-09-04:   Released to supervision; Currently supervised by U.S. Probation Officer Michael DiBiasi.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician.**

The defendant has submitted urine samples, which have tested as follows: July 6, 2005, positive for opiates and morphine; August 24, 2005, positive for cocaine and opiates; and on October 18, 2005, for cocaine.

**While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.**

Your Petitioner reports that on December 30, 2005, the defendant was arrested by the City of Monessen, Pennsylvania, Police and was issued a nontraffic citation for the offense of Disorderly Conduct. Also, on December 30, 2005, the defendant was arrested by the Carroll Township, Washington County, Pennsylvania, Police and charged with Burglary and Criminal Trespass. The defendant has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, to include placement at a community corrections center (CCC) for a term not to exceed 180 days.

U.S.A. vs. Frank Cope Jr.
Docket Nos. 99-00155-001 and 00-00008-001
Page 2

PRAYING THAT THE COURT WILL ORDER the term of supervision be modified to include a special condition requiring residence at the community corrections center, until released by the program director, for a period not to exceed 180 days.

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
| ORDER OF COURT | Executed on  January 17, 2006 |
| Considered and ordered this _____ day of _____, 2006, and ordered filed and made a part of the records in the above case. | |
|  | _____ |
|  | Michael DiBiasi |
|  | U.S. Probation Officer |
| _____ | |
| Maurice B. Cohill, Jr. | _____ |
| Senior U.S. District Judge | Paul J. Dippolito |
|  | Supervising U.S. Probation Officer |
|  | Place:   Pittsburgh, Pennsylvania |

PROB 49
(3/89)

# United States District Court

## Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    The defendant shall reside in a Community Corrections Center, for a period not to exceed 180 days or until discharged by the Center Director and the U.S. Probation Office.

Witness: _____
Michael DiBiasi
United States Probation Officer

Signed: _____
Frank Cope, Jr
Probationer or Supervised Releasee

01-11-2006
Date