Prob 12
(Rev. 3-88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Frank Cope, Jr.　　　　　　　　　　　　　　Docket Nos. 99-00155-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　00-00008-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frank Cope, Jr., who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 28th day of March 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay restitution in the amount of $23,405 and a special assessment of $300.
- Shall make monthly payments toward restitution in an amount not less than 10 percent of his gross monthly income.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer.

03-28-00:　　Bank Robbery (two counts); 70 months' imprisonment, to be followed by 3 years' supervised release.
11-09-04:　　Released to supervision; Currently supervised by U.S. Probation Officer Michael DiBiasi.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician.**

The defendant has submitted urine samples, which have tested as follows: July 6, 2005, positive for opiates and morphine; August 24, 2005, positive for cocaine and opiates; and on October 18, 2005, for cocaine.

**While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.**

Your Petitioner reports that on December 30, 2005, the defendant was arrested by the City of Monessen, Pennsylvania, Police and was issued a nontraffic citation for the offense of Disorderly Conduct. Also, on December 30, 2005, the defendant was arrested by the Carroll Township, Washington County, Pennsylvania, Police and charged with Burglary and Criminal Trespass. The defendant has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, to include placement at a community corrections center (CCC) for a term not to exceed 180 days.

U.S.A. vs. Frank Cope Jr.
Docket Nos. 99-00155-001 and 00-00008-001
Page 2

PRAYING THAT THE COURT WILL ORDER the term of supervision be modified to include a special condition requiring residence at the community corrections center, until released by the program director, for a period not to exceed 180 days.

ORDER OF COURT
Considered and ordered this 18th day of January, 2006, and ordered filed and made a part of the records in the above case.

Maurice B. Cohill, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2006

Michael DiBiasi
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania