PROB 49
(3-89)

# United States District Court

### Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    The defendant shall reside in a Community Corrections Center, for a period not to exceed 180 days or until discharged by the Center Director and the U.S. Probation Office.

Witness: _____  Signed: _____
Michael DiBiasi                                              Frank Cope, Jr
United States Probation Officer                Probationer or Supervised Releasee

01-11-2006
Date