Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Frank Cope, Jr.**  **Docket Nos. 99-00155-001**
  **00-00008-001**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frank Cope, Jr., who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 28th day of March 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay restitution in the amount of $23,405 and a special assessment of $300.
- Shall make monthly payments toward restitution in an amount not less than 10 percent of his gross monthly income.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer.

03-28-00: Bank Robbery (two counts); 70 months' imprisonment, to be followed by 3 years' supervised release.
11-09-04: Released to supervision; Currently supervised by U.S. Probation Officer Michael DiBiasi.
01-18-06: Order signed, Judge Cohill; Imposed the special condition of placement at a community corrections center for up to six months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the releasee has violated the following special condition of his supervision.

**The defendant shall reside at the community corrections center, until released by the program director, for a period not to exceed 180 days.**

On January 31, 2006, the defendant reported to the Renewal Center to begin the special condition that he be required to stay there for a period not to exceed 180 days. On March 24, 2006, the defendant left the facility without authorization and has not returned. The defendant has failed to contact the Probation Office or the Renewal Center.

U.S.A. vs. Frank Cope Jr.
Docket Nos. 99-00155-001 and 00-00008-001
Page 2

PRAYING THAT THE COURT WILL ORDER a bench warrant be issued for the arrest of the supervised releasee for alleged violation of supervision and that bond be set at $ _____ .

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____ , 2006, and ordered filed and made a part of the records in the above case. | Executed on **March 28, 2006** |
| | *Michael DiBiasi* |
| | Michael DiBiasi |
| | U.S. Probation Officer |
| Maurice B. Cohill, Jr. | *Paul J. Dippolito* |
| Senior U.S. District Judge | Paul J. Dippolito |
| | Supervising U.S. Probation Officer |
| | Place:  Pittsburgh, Pennsylvania |