# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
**Probation and Pretrial Services Office**

Theodore W. Johnson
Chief U.S. Probation Officer

Glenn W. Mole
Deputy Chief U.S. Probation Officer

411 Seventh Ave., Suite 1100
P.O. Box 1468
Pittsburgh, PA 15230-1468
Telephone: 412-395-6907
Fax: 412-395-4864



March 27, 2006

The Honorable Maurice B. Cohill, Jr.
Senior United States District Judge
Courtroom No. 8170, Room 8A
U.S. Post Office and Courthouse
Pittsburgh, Pennsylvania 15219

Dear Judge Cohill:

        RE:    COPE, Frank Jr.
                    Criminal Nos. 99-00155-001
                              00-00008-001
                **WARRANT REQUESTED**

        On March 28, 2000, the defendant was sentenced by the Court to a term of imprisonment of 70 months, to be followed by a 3-year term of supervised release, for two counts of Bank Robbery. In addition to the standard conditions of supervision, it was ordered that the defendant pay a $300 special assessment and $23,405 in restitution and participate in a program of testing and treatment if deemed necessary. The defendant was released from the Renewal Center on November 9, 2004, and began his term of supervised release.

        It was previously reported to the Court that on October 4, 2005, the defendant was arrested by the West Mifflin, Pennsylvania, Police Department and was charged with Possession of Controlled or Counterfeit Substance, Defiant Trespass, Resisting Arrest, and Disorderly Conduct. The defendant was released on bond on October 13, 2005, and is awaiting a preliminary hearing. Further, the defendant has submitted urine samples, which have tested as follows: July 6, 2005, positive for opiates and morphine; August 24, 2005, positive for cocaine and opiates; and October 18, 2005, positive for cocaine. The defendant continued to be involved in outpatient counseling.

        On December 30, 2005, the defendant was issued a nontraffic citation by the City of Monessen, Pennsylvania, Police for the offense of Disorderly Conduct. It is alleged that the defendant was "pulling on car doors trying to gain entrance." Also, on December 30, 2005, the defendant was arrested by the Carroll Township, Washington County, Pennsylvania, Police and charged with the offenses of Burglary and Criminal Trespass. The home involved was that of his father. The defendant had been removed from the house by police earlier that day at the request of the father, after the father reported that he was being threatened by the defendant.

The Honorable Maurice B. Cohill, Jr.
Senior United States District Judge
Page 2
March 27, 2006

RE:  COPE, Frank Jr.
     Criminal Nos. 99-00155-001
                   00-00008-001
     **REQUEST FOR WARRANT**

As a result of the above, the defendant signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, to include a special condition that the defendant reside at a community corrections center for a term not to exceed 180 days or until discharged by the center director. On January 18, 2006, the Court signed a Petition on Supervised Release which imposed this special condition.

On Friday, March 24, 2006, the Probation Office was informed by officials at the Renewal Center that the defendant left the facility without authorization and has not returned. Therefore, it is the recommendation of the Probation Office that a warrant be issued for the defendant.

                              Respectfully submitted,

                              Michael DiBiasi
                              U.S. Probation Officer


Reviewed and Approved:

Paul J. Dippolito
Supervising U.S. Probation Officer

MD:ms

Attachments: Petition