Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Frank Cope, Jr.

Docket Nos. 99-00155-001
00-00008-001

### Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frank Cope, Jr., who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 28th day of March 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay restitution in the amount of $23,405 and a special assessment of $300.
- Shall make monthly payments toward restitution in an amount not less than 10 percent of his gross monthly income.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer.

| Date | Event |
|---|---|
| 03-28-00: | Bank Robbery (two counts); 70 months' imprisonment, to be followed by 3 years' supervised release. |
| 11-09-04: | Released to supervision; Currently supervised by U.S. Probation Officer Michael DiBiasi. |
| 01-18-06: | Order signed, Judge Cohill; Imposed the special condition of placement at a community corrections center for up to six months. |
| 03-29-06: | Order signed, Judge Cohill; Bench warrant issued for failure to complete program at the community corrections center. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the releasee has violated the following conditions of his supervision.

**While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.**

**The defendant shall not leave the judicial district without the permission of the Court or probation officer.**

On April 29, 2006, the defendant was arrested by the Fairfax County, Virginia, Police Department and was charged with the following offenses: Grand Larceny, Burglarious Tools, and Simple Assault (two counts). These charges allegedly arose after the defendant attempted to take items from the Nordstrom store in McLean, Virginia. The defendant remains incarcerated in the Fairfax County, Virginia, Jail.

As evidenced by the charges above, the defendant left the Western District of Pennsylvania without permission of the Court or the probation officer.

U.S.A. vs. Frank Cope Jr.
Docket Nos. 99-00155-001 and 00-00008-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the above-cited alleged violations of supervision be incorporated as part of the petition action previously made a part of the records in this case on March 29, 2006.

ORDER OF COURT

Considered and ordered this 22nd day of May, 2006, and ordered filed and made a part of the records in the above case.

_____
Maurice B. Cohill, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 10, 2006

_____
Michael DiBiasi
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:    Pittsburgh, Pennsylvania