IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
           V.               )    Criminal No.    00-08
                            )
FRANK COPE, JR.             )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this **20th** day of **November**, **2006**, the Court being satisfied that the above-named defendant is financially unable to obtain counsel, and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Ave., Pittsburgh, Pennsylvania 15222, phone number (412) 644-6565, is hereby appointed to represent the defendant in all matters related to the alleged violation of his/her period of supervised release previously imposed at the above criminal number.

PRIMARY COUNSEL:    W. Penn Hackney

                    PA Attorney ID #   29671

                    _____
                    Maurice B. Cohill, Jr.
                    Senior United States District Judge