# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States )
)
)
vs. )
)
FRANK COPE, JR, )
)
Defendants )

CR. 99 - 155
CR. 00 - 08

HEARING ON Violation of supervised release

Before JUDGE Cohill

Jim Love, AUSA                    Penn Hackney, AFPD

_____          _____

Appear for Plaintiff             Appear for Defendant

Hearing Begun    11:00 a          Hrg Adjourned to

Hrg concluded C.A.V.   11:30 a    Stenographer PATRICIA Sherman

### WITNESSES

For Plaintiff                    For Defendant

Defendant does not contest facts of Petition on Supervised Release, Defendant points out That Court ● found Defendant's Criminal History to be III at sentencing on March 28, 2000,

Court finds it established by a preponderance of the evidence that defendant violated the conditions of his supervised release. The Court revokes the defendant's supervised release and imposes a sentence of 18 months, with no additional supervised release,

This term of imprisonment is imposed with credit for time served since coming into federal custody on October 30, 2006.