```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal Nos. 99-155 and
                              )                  00-08
FRANK COPE, JR.               )
```

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The Federal Public Defender's Office, through Assistant Federal Public Defender W. Penn Hackney, respectfully moves the Court to withdraw as counsel of record in the above referenced matter and moves the Court to appoint substitute counsel. In support thereof counsel states as follows:

1. The Federal Public Defender's Office, Assistant Federal Public Defender W. Penn Hackney, was appointed on November 20, 2006, to represent Frank Cope, Jr.

2. Although the supervised release revocation hearing has been held, additional legal work needs to be done on Mr. Cope's behalf.

3. Counsel has recently learned that the Federal Public Defender's Office has a conflict of interest in this matter, which precludes it from continuing to represent Mr. Cope.

WHEREFORE, Assistant Federal Public Defender W. Penn Hackney respectfully moves the Court for leave to withdraw as counsel of record in this matter, and to appoint substitute counsel under the Criminal Justice Act.

                                Respectfully submitted,

                                s/ W. Penn Hackney
                                W. Penn Hackney
                                Assistant Federal Public Defender
                                Attorney PA I.D. No. 29671