```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       )
                               )
          v.                   )   Criminal No. 06-251
                               )
MATTHEW THOMAS BUCKELS         )
```

### ORDER OF COURT

AND NOW, to-wit, this _____ day of January, 2007, upon consideration of the Motion to Withdraw as Counsel of Record, it is hereby ORDERED that said Motion is GRANTED, and substitute counsel shall be appointed forthwith.

                                   _____
                                   Maurice B. Cohill, Jr.
                                   Senior United States District Judge

cc: Counsel of Record