IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Nos. 99-155 and |
| ) | 00-08 |
| FRANK COPE, JR.  ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 8th day of January, 2007, upon consideration of the Motion to Withdraw as Counsel of Record, it is hereby ORDERED that said Motion is GRANTED, and substitute counsel shall be appointed forthwith.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Counsel of Record