# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Pennsylvania_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| FRANK COPE, JR. | Case Number: CR No. 00-00008-001 |
|  | USM Number: 06662-068 |
|  | W. Penn Hackney, AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  **SEE VIOLATIONS ON PAGE 2**  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
|  | SEE VIOLATIONS LISTED ON PAGE 2 |  |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  N/A

Defendant's Date of Birth:  N/A

Defendant's Residence Address:

N/A

Defendant's Mailing Address:

N/A

December 19, 2006
Date of Imposition of Judgment

_/s/ Maurice B. Cohill, Jr._
Signature of Judge

Maurice B. Cohill, Jr., United States District Judge
Name and Title of Judge

Dec. 28, 2006
Date

CERTIFIED FROM THE RECORD
28 DEC 2006
Date _____
ROBERT V. BARTH, JR., CLERK

By _____
Deputy Clerk

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page   2   of   3  

DEFENDANT:    FRANK COPE, JR.
CASE NUMBER:    CR No. 00-00008-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition | Violation of condition that the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician. | 10/18/2005 |
| Standard Condition | Violation of condition that the defendant, while on supervised release, shall not commit another federal, state, or local crime and shall not Illegally possess a controlled substance. | 12/30/2005 |
| Special Condition | Violation of condition that the defendant shall reside at the community corrections center, until released by the program director, for a period not to exceed 180 days. | 3/24/2006 |
| Standard Condition | Violation of condition that the defendant, while on supervised release, shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. | 4/29/2006 |
| Standard Condition | Violation of condition that the defendant shall not leave the judicial district without permission of the Court or the probation officer. | 4/29/2006 |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  3  of  3

DEFENDANT:       FRANK COPE, JR.
CASE NUMBER:     CR No. 00-00008-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: eighteen (18) months for defendant's violations as to both Criminal No. 99-155 and Criminal No. 00-8, said terms to run concurrently, with no supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on 2/26/07 to USP Allenwood

a _White Deer, PA 17887_ with a certified copy of this judgment.

Jonathan C. Miner, Warden
UNITED STATES MARSHAL

By _T. Ost for Bush_